**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **VINCENT E. VESPO,** | CASE NO.: 3:22-cv-00175-JRK |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **BASS & ASSOCIATES, P.C.,** | |
| Defendant. | **REPORT OF PARTIES' PLANNING MEETING** |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on _____ and was attended by:

    Counsel for Plaintiff(s) _____

    Counsel for Defendant(s) _____

2. The parties:

    \_\_\_\_\_ Have exchanged the pre-discovery disclosures required by Rule 26(a)(l) and the Court's CMC Notice; or

    \_\_\_\_\_ Will exchange such disclosures by _____.

3. The parties recommend the following track:

    \_\_\_\_\_ Expedited   \_\_\_\_\_ Standard   \_\_\_\_\_ Complex

    \_\_\_\_\_ Administrative   \_\_\_\_\_ Mass Tort

4. This case \_\_\_\_\_ is / \_\_\_\_\_ is not suitable for Alternative Dispute Resolution ("ADR") (e.g., mediation, arbitration, summary trial).

5. The parties \_\_\_\_do/\_\_\_\_do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636(c).

6. The parties agree that this case \_\_\_\_\_ does / \_\_\_\_\_ does not involve electronic discovery. **(Counsel are reminded to review the default standard for e-discovery set forth in Appendix K to the Local Rules.)**

7. Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought, the nature and extent of discovery and any potential problems: _____

    _____

    _____

    (b) Describe anticipated e-discovery issues (i.e., what ESI is available and where it resides; ease/difficulty and cost of producing information; schedule and format of production; preservation of information; agreements about privilege or work-production protection, etc.): _____

    _____

    _____

8. Recommended cut-off for amending the pleadings and/or adding additional parties: _____

9. Expert reports disclosed by:

    (a) Plaintiff(s): _____

    (b) Defendant(s): _____

10. Discovery deadlines:

    (a) Liability: _____

    (b) Damages: _____

11. Recommended dispositive motion date: _____

12. Recommended date for telephone status: _____

13. Other matters for the attention of the Court: _____

_____

_____

Attorney for Plaintiff(s): _____

Attorney for Defendant(s): _____