IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**VINCENT E. VESPO,**                                CASE NO. 3:22 CV 175

    Plaintiff,

    v.                                                  JUDGE JAMES R. KNEPP II

**BASS & ASSOCIATES, P.C.,**

    Defendant.                           **ORDER**

    Plaintiff Vincent E. Vespo, through counsel, filed this putative class action under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*; the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*; and Regulation F, 12 C.F.R. § 1006, *et seq.* against Defendant Bass & Associates, P.C. on January 31, 2022. (Doc. 1).

    Plaintiff's counsel moved to withdraw, citing Plaintiff's non-responsiveness to counsel's attempts to contact him by phone, email, and written correspondence. (Doc. 16). The Court granted that motion.

    Given the uncertainty about whether Plaintiff wished to proceed with the instant case, the Court ordered Plaintiff to notify the Court of his intentions on or before August 18, 2022. (Doc. 17). The Court mailed a copy of this Order to the address provided by Plaintiff's withdrawing counsel, and warned that if Plaintiff did not respond, his case would be dismissed for want of prosecution pursuant to Federal Civil Rule 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962).

    To date, the Court has received no notification from Plaintiff.

For the foregoing reasons, good cause appearing, it is

ORDERED that this case is DISMISSED for want of prosecution pursuant to Federal Civil Rule 41(b).

  s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE